MUIRHEAD v. HOLLANDER et al. (two cases). (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Benjamin C. Muirhead against Henry Hollander and others. No opinion. Motions granted, with $10 costs of one motion.

MULLIGAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division. Second Department. March 18, 1904.) Action by Matthew Mulligan against the Metropolitan Street Railway Company. No opinion. Motion denied.

NATKINS v. WETTERER. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by I. Newton Natkins against Matilda Wetterer. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

NELLIS et al., Respondents, v. NATIONAL UNION BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Joseph Nellis and others against the National Union Bank.
PER CURIAM. Judgment modified, by striking out the sum of $250 granted as an extra allowance of costs to the plaintiff, and, as so modified, affirmed, with costs.

NELLIS et al., Respondents, v. NATIONAL UNION BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Joseph Nellis and others against the National Union Bank.
PER CURIAM. Judgment modified, by striking out the sum of $250 granted as an extra allowance of costs to the plaintiffs, and also by striking out the allowance of interest at the rate of 3 per cent. upon the sum of $2,968.02 deposited with the defendant pending the litigation, and, as so modified, said judgment is affirmed, without costs of this appeal to either party.

NELSON, Respondent, v. YOUNG, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Matilda Nelson, as administratrix, etc., against William Young, impleaded, etc. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, without costs.

NEWGASS, Appellant, v. AUBURN LOAN CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Nettie Newgass against the Auburn Loan Company and others. No opinion. Judgment and order affirmed, with costs.

NOON, Respondent, v. CROGHAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by John Noon against Sarah Croghan. No opinion. Judgment of the Municipal Court affirmed, with costs.

O'BRIEN, Appellant, v. BUFFALO FURNACE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 6, 1904.) Action by Elizabeth O'Brien against the Buffalo Furnace Company. No opinion. Judgment and order affirmed, with costs.

O'BRIEN, Appellant, v. BUFFALO FURNACE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 6, 1904.) Action by Elizabeth O'Brien against the Buffalo Furnace Company.
PER CURIAM. Upon filing the stipulation of the attorneys for the respective parties to this action, the order dismissing the appeal herein is vacated and set aside, and the appeal restored to the general calendar.

O'BRIEN v. O'BRIEN. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by James O'Brien against Abbie E. O'Brien. No opinion. Motion granted, with $10 costs.

ODENDALL, Respondent, v. HAEBLER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Anton Odendall against Theodore Haebler and others. R. B. Honeyman, for appellants. H. Siegrist, Jr., for respondent. No opinion. Order affirmed, with costs.

O'GORMAN, Respondent, v. LONDON GUARANTEE & ACCIDENT CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by James R. O'Gorman against the London Guarantee & Accident Company, Limited.
PER CURIAM. Judgment and order affirmed, with costs.
SPRING and WILLIAMS, JJ., dissent, upon the ground that the verdict is excessive.

O'MEARA, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Catharine O'Meara, as administratrix, etc., of John A. O'Meara, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, because of error in refusal to charge request appearing at folio 205 of the printed case.

In re ORR et al. (Supreme Court, Appellate Division, First Department. April 15, 1904.) In the matter of Alexander E. Orr and others. No opinion. Application granted.

ORVIS, Respondent, v. NATIONAL COMMERCIAL BANK, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by Sarah H. Orvis, executrix, against the National Commercial Bank. H. A. Forster, for appellant. J. F. Miller, for respondent. No opinion. Judgment affirmed, with costs.